**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
OSCAR BARRAGAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR BARRAGAN,<br><br>Defendant. | Case No.: 1:14-CR-00154-009 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: **September 26, 2016**<br>Time: **8:30 a.m.**<br>Courtroom: **4**<br>**Hon. Lawrence J. O'Neill** |

Defendant, OSCAR BARRAGAN, by and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Kimberly A. Sanchez, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on September 26, 2016, at 8:30 a.m.

2. The parties agree and stipulate that Defendant's sentencing be continued to **October 31, 2016, at 8:30 a.m.** with informal objections being due on October 3, 2016, and formal objections being due on October 17, 2016.

3. Additionally, the parties agree and stipulate, and request that the Court find the following:

   a. The Defendant pled guilty on July 5, 2016. Ongoing negotiations have been

taking place between the Government and the Defendant exploring matters relevant to a recommended sentence.

    b. Defense counsel is currently preparing for a jury trial in *USA v. Adam Henry* 1:13-cr-00409-AWI which is scheduled to begin on September 13, 2016.

    c. The Government does not object to this continuance.

IT IS SO STIPULATED.

                             Respectfully submitted,

DATED:   August 29, 2016   By:   */s/ Kimberly A. Sanchez*
                                            KIMBERLY A. SANCHEZ
                                            United States Attorney

DATED:   August 29, 2016   By:   */s/Anthony P. Capozzi*
                                            ANTHONY P. CAPOZZI
                                            Attorney for Defendant OSCAR BARRAGAN

## **ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**T**he sentencing currently scheduled for September 26, 2016, at 8:30 a.m. is continued to **October 31, 2016, at 8:30 a.m.** with informal objections being due on October 3, 2016, and formal objections being due on October 17, 2016.

IT IS SO ORDERED.

Dated:   **August 29, 2016**           **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES CHIEF DISTRICT JUDGE