**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
OSCAR BARRAGAN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR BARRAGAN,<br><br>Defendant. | Case No.: 1:14-CR-00154-009 LJO-SKO<br><br>**STIPULATION AND ORDER TO ADVANCE SENTENCING HEARING**<br><br>Date: **October 31, 2016**<br>Time: **8:30 a.m.**<br>Courtroom: **4**<br>**Hon. Lawrence J. O'Neill** |

**TO:   THE HONORABLE JUDGE LAWRENCE J. O'NEILL, AND TO ASSISTANT UNITED STATES ATTORNEY KIMBERLY A. SANCHEZ:**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above captioned matter now set for Monday, October 31, 2016, at 8:30 a.m. be advanced to **Monday, October 24, 2016, at 8:30 a.m.** This request is made by both counsel with the intention of conserving time and resources for both parties and the court.

///

///

///

///

///

1 | IT IS SO STIPULATED.

                                               Respectfully submitted,

DATED:   October 19, 2016        By:   */s/ Anthony P. Capozzi*
                                                    ANTHONY P. CAPOZZI
                                                    Attorney for Defendant OSCAR BARRAGAN

DATED:   October 19, 2016        By:   */s/ Kimberly A. Sanchez*
                                                      KIMBERLY A. SANCHEZ
                                                    Assistant United States Attorney

## ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date of the sentencing hearing of the defendant in the above-entitled case be advanced from Monday, October 31, 2016, at 8:30 a.m. to Monday, October 24, 2016, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   **October 20, 2016**          **/s/ Lawrence J. O'Neill**
                                                                          UNITED STATES CHIEF DISTRICT JUDGE