HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-CR-00154-LJO-SKO |
| *Plaintiff,* | **APPLICATION AND ORDER FOR APPOINTMENT OF CJA PANEL COUNSEL** |
| vs. | |
| OSCAR BARRAGAN, | |
| *Defendant,* | |

Defendant, Oscar Barragan, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel Counsel.

Mr. Barragan had retained counsel and is now seeking appointed counsel under General Order 595. Mr. Barragan submits the attached *Financial Affidavit* as evidence of his inability to retain counsel. Mr. Barragan was sentenced to a 120-month term of imprisonment on October 24, 2016, and is currently in custody.

General Order 595 appoints counsel for all indigent defendants seeking assistance under the First Step Act. Therefore, after reviewing the attached Financial Affidavit, we respectfully recommend CJA panel counsel be promptly appointed pursuant to 18 U.S.C. § 3006A and General Order 595 to represent Mr. Barragan on his compassionate release proceedings related to this case.

DATED: November 16, 2020                 */s/ Heather E. Williams*
                                          HEATHER E. WILLIAMS
                                          Federal Defender

**O R D E R**

Having satisfied the Court that Defendant Oscar Barragan is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A and General Order 595 to represent Defendant Oscar Barragan in his compassionate release proceedings related to this case.

IT IS SO ORDERED.

Dated:  **November 16, 2020**         /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE