Gabriel J. Pacheco, #299524
1444 Fulton St.
Fresno, CA 93721
Telephone: (559) 540-7070
Fax: (559) 940-6815
Email: GP@PachecoEsq.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **1:14-CR-00154** |
|---|---|
| Plaintiff, | **APPLICATION TO BE RELIEVED AS COUNSEL; SUBSTITUTION OF NEW COUNSEL** |
| vs. | |
| OSCAR BARRAGAN, | Date:<br>Time:<br>Dept: |
| Defendant. | |

Application is hereby made by Gabriel J. Pacheco, appointed counsel for the Defendant, to be relieved as counsel for the Defendant and for the Court to appoint new counsel.

This application is based on the reasons set forth in the declaration of Gabriel J. Pacheco which has been filed under seal in this matter. Further, this application is based upon the Criminal Justice Act, 18 U.S.C. 30006A which says in pertinent part at section (b) "…The United States magistrate judge or the court may, in the interest justice, substitute one appointed counsel for another at any stage of the proceeding."

Dated:  December 2, 2021                                   Respectfully submitted,

                                                           /s/ Gabriel J. Pacheco
                                                           Gabriel J. Pacheco, #299524
                                                           Counsel for Defendant

1
APPLICATION TO BE RELEIVED AS COUNSEL

Gabriel J. Pacheco, #299524
1444 Fulton St.
Fresno, CA  93721
Telephone: (559) 540-7070
Fax: (559) 940-6815
Email: GP@PachecoEsq.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>OSCAR BARRAGAN,<br><br>    Defendant. | Case No. **1:14-CR-00154**<br><br>**ORDER GRANTING APPLICATION TO BE RELIEVED AS COUNSEL**<br><br>Date:<br>Time:<br>Dept: |

It is hereby ordered that Gabriel J. Pacheco be relieved as counsel in this case and that another attorney be appointed as new counsel.

Dated:  2/3/2022

         */s/ Sheila K. Oberto*
         U.S. MAGISTRATE JUDGE